## 09  12148

Certificate Number: 02114-CAN-CC-007464196

## CERTIFICATE OF COUNSELING

I CERTIFY that on <u>06/23/09</u>, at <u>01:19</u> o'clock <u>AM EST, MICHAEL  PALUMBO</u> received from <u>Consumer Credit Counseling Service of Greater Atlanta, Inc.,</u> an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of California</u>, an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.  A debt repayment Plan <u>was not prepared</u>.  If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted     <u>by Internet</u> .

Date: <u>06-23-2009</u>

By     <u>/s/SEAN KELTON</u>

Name     <u>SEAN KELTON</u>

Title     <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency.  *See* 11 U.S.C. §§ 109(h) and 521(b).

**09 12148**

FILED

JUL 1 3 2009

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Certificate Number: 02114-CAN-CC-007464197

## CERTIFICATE OF COUNSELING

I CERTIFY that on <u>06/23/09</u>, at <u>01:19</u> o'clock <u>AM EST</u> RHONDA J PALUMBO received from <u>Consumer Credit Counseling Service of Greater Atlanta, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of California,</u> an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment Plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted     <u>by Internet</u> .

Date: <u>06-23-2009</u>

By     <u>/s/SEAN KELTON</u>

Name     <u>SEAN KELTON</u>

Title     <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).