# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971−1 | User: apaul | | Date Created: 7/15/2009 |
| Case: 09−12148 | Form ID: B9A | | Total: 17 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Michael Palumbo | 2211 Center Road | Novato, CA 94947 | |
| jdb | Rhonda Jean Palumbo | 2211 Center Road | Novato, CA 94947 | |
| ust | Office of the U.S. Trustee / SR | 235 Pine Street | Suite 700 | San Francisco, CA 94104 |
| tr | Timothy W. Hoffman | P.O. Box 1761 | Sebastopol, CA 95473 | |
| smg | Franchise Tax Board | Bankruptcy Group | P.O. Box 2952 | Sacramento, CA 95812−2952 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 |
| 10134518 | CIR, Law Offices | 8665 Gibbs Drive, Ste 150 | San Diego, CA 92123−1739 | |
| 10134515 | Capital One Bank | P.O. Box 70886 | Charlotte, NC 28272−9903 | |
| 10134517 | Capital One Bank | P.O. Box 70886 | Charlotte, NC 28272−9903 | |
| 10134511 | Fremont Investment and Loan | P.O. Box 19030 | San Bernardino, CA 92423 | |
| 10134512 | Litton Loan Servicing LP | 4828 Loop Central Drive | Houston, TX 77081 | |
| 10134514 | MERS | 1818 Library Street, Suite 300 | Reston, VA 20190 | |
| 10134520 | Medical Anesthesia Consultants | P.O. Box 7004 | San Francisco, CA 94120−7004 | |
| 10134519 | North Bay Regional Surgery Center | P.O. Box 255267 | Sacramento, CA 95865−5567 | |
| 10134513 | Quality Loan Service Corp. | 2141 5th Avenue | San Diego, CA 92101 | |
| 10134516 | United Recovery Systems, LP | P.O. Box 72299 | Houston, TX 77272−2929 | |
| 10134521 | Winthrop Hall, MD | 165 Roland Way, Suite 202 | Novato, CA 94945 | |

TOTAL: 17