# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

In re  
Michael Palumbo and  
Rhonda Jean Palumbo,  
                Debtor(s). /

Case No. 09-12148

## Order To File
## Required Documents and Notice Regarding Automatic Dismissal

The debtor(s) named above failed to file the documents listed below.

- ☒ Summary of Schedules (*Official Form 6*)
- ☐ Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. §159) (*Official Form 6*)
- ☒ Schedule A - Real Property (*Official Form B6A*)
- ☒ Schedule B - Personal Property (*Official Form B6B*)
- ☒ Schedule C - Property Claimed as Exempt (*Official Form B6C*)
- ☒ Schedule D - Creditors Holding Secured Claims (*Official Form 6D*)
- ☒ Schedule E - Creditors Holding Unsecured Priority Claims (*Official Form 6E*)
- ☒ Schedule F - Creditors Holding Unsecured Nonpriority Claims (*Official Form 6F*)
- ☒ Schedule G - Executory Contracts and Unexpired Leases (*Official Form B6G*)
- ☒ Schedule H - Codebtors (*Official Form B6H*)
- ☒ Schedule I - Current Income of Individual Debtor(s) (*Official Form 6I*)
- ☒ Schedule J - Current Expenditures of Individual Debtor(s) (*Official Form 6J*)
- ☒ Declaration Concerning Debtor's Schedules (*Official Form 6*)
- ☒ Statement of Financial Affairs (*Official Form 7*)
- ☒ Statement of Current Monthly Income and Means Test Calculation - Chapter 7 (*Form B22*)
- ☐ Statement of Current Monthly Income - Chapter 11 (*Form B22B*)
- ☐ Statement of Current Monthly Income and Calculation of Commitment Period and Disposal Income - Chapter 13 (B22C)
- ☒ Payment Advices
- ☐ Chapter 13 Plan
- ☒ Certification Regarding Debtor(s) Notification Required by 11 U.S.C. §342(b) - Individual Consumer Debtor (*Director's Form B201*)
- ☐ Notice to Debtor by Non-Attorney Bankruptcy Petition Preparer (*Form 19B*)
- ☐ A certificate that Credit Counseling as required by U.S.C. §109(h) was completed prior to the filing of the petition
- ☒ Creditor Matrix Cover Sheet

NOTICE IS GIVEN that unless the document(s) listed above are filed within 15 days of the filing date of the petition, or such further time as the court may grant, the court MAY DISMISS this case. If you desire a hearing, you must file a request for hearing with proper service, within 10 days of the date of this Order.

Date: July 17, 2009

                                                Alan Jaroslovsky  
                                                Bankruptcy Court Judge

# CERTIFICATE OF NOTICE

```
District/off: 0971-1          User: ljerge              Page 1 of 1              Date Rcvd: Jul 17, 2009
Case: 09-12148                Form ID: pdfeoall         Total Noticed: 13
```

The following entities were noticed by first class mail on Jul 19, 2009.
```
db/jdb      +Michael Palumbo,   Rhonda Jean Palumbo,   2211 Center Road,   Novato, CA 94947-2056
smg          CA Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
              Sacramento, CA  94280-0001
smg          Franchise Tax Board,   Bankruptcy Group,   P.O. Box 2952,   Sacramento, CA  95812-2952
10134518     CIR, Law Offices,   8665 Gibbs Drive, Ste 150,   San Diego, CA 92123-1739
10134515    +Capital One Bank,   P.O. Box 70886,   Charlotte, NC 28272-0886
10134511    +Fremont Investment and Loan,   P.O. Box 19030,   San Bernardino, CA 92423-9030
10134512    +Litton Loan Servicing LP,   4828 Loop Central Drive,   Houston, TX 77081-2166
10134514    +MERS,   1818 Library Street, Suite 300,   Reston, VA 20190-6280
10134520     Medical Anesthesia Consultants,   P.O. Box 7004,   San Francisco, CA 94120-7004
10134519    +North Bay Regional Surgery Center,   P.O. Box 255267,   Sacramento, CA 95865-5267
10134513     Quality Loan Service Corp.,   2141 5th Avenue,   San Diego, CA 92101-2101
10134516     United Recovery Systems, LP,   P.O. Box 72299,   Houston, TX 77272-2929
10134521    +Winthrop Hall, MD,   165 Roland Way, Suite 202,   Novato, CA 94945-5055
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
10134517*   +Capital One Bank,   P.O. Box 70886,   Charlotte, NC 28272-0886
                                                                                               TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 19, 2009                 Signature:  *Joseph Speetjens*