UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  
**Michael Palumbo and**  
**Rhonda J. Palumbo**  
                Debtor(s)    /

Case No.: 09-12148

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of **2** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

**DATED: 7/15/2009**

_____  
Signature of Debtor's Attorney or Pro Per Debtor