UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

|  |  |
|---|---|
| In re: Michael and Rhonda Jean Palumbo<br><br>Debtors, | Case No. 09-12148<br>Chapter: 7<br><br>MOTION TO EXTEND TIME TO COMPLETE SCHEDULES WITHOUT A HEARING<br><br>Court:      Hon. Alan Jaroslovsky<br><br>Filing Date:   July 13 ,2009 |

NOTICE

Comes now Michael and Rhonda Palumbo, Debtor, to request 15 additional days to file the required schedules and statements as ordered by this Court on July 17, 2009. The Court ordered these forms completed by July 28, 2009. Pursuant to B.L.R. 9006-1, Debtor requests 15 additional days to comply with the Court's order and file required schedules and statements. Debtor is acting pro se, and is unfamiliar with the requirements of the Court. An extension of 15 days will not prejudice creditors, but will permit the Debtor to produce a true and correct set of statements and schedules.

Dated: July 23, 2009

Michael and Rhonda Palumbo
2211 Center rd Novato\Ca-94947
(415) 328-2662

Case: 09-12148    Doc# 12    Filed: 07/27/09    Entered: 07/27/09 13:18:16    Page 1 of 1