

Office of the Clerk
United States Bankruptcy Court
Northern District of California
Santa Rosa Division

**FILED**

JUL 30 2009

U.S. BANKRUPTCY COURT
SANTA ROSA, CA

IN RE

Michael and Rhonda Palumbo, /

CASE # 09-12148

An installment payment has been received on the above petition. It is designated as:

☐ 2nd Installment

☐ 3rd Installment

☒ Final installment

```
Case # : 09-12148-AJ7
Debtor : MICHAEL PALUMBO
     and RHONDA JEAN PALUMBO
Judge  : Alan Jaroslovsky
Trustee: Timothy Hoffman
341 Mtg: 08/20/09  @ 10:00am
     Santa Rosa, CA
     Tentative - Notice to be mailed
Chapter: 7            Office 1 - SR
Receipt# 10023772    Deputy : AP
Amount : $199.00
From   : MICHAEL PALUMBO
Filed  : July 13, 2009  04:14 PM
     Order for Relief
     Clerk, U.S. Bankruptcy Court
     Northern District of California
```

Installment Payment $ 199.00    Receipt #

Date:

JUL 30 2009

_Adrienne Paul_
Deputy Clerk