UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

In re: Michael and Rhonda Jean Palumbo

Debtors,

)
) Case No.- 09-12148
) Chapter: 7
)
) [~~Proposed~~]
) **Order**
)
) **[No Hearing required]**
)
)
) Court: Hon. Alan Jaroslovsky
)
) Filing Date: July 13, 2009

Good Cause appearing from the motion of the Debtor for an order extending time for filing of Statement of Affairs, and Schedules, and unfiled matters due on the filing of a petition, IT IS HEREBY Ordered that the Chapter 7 for debtor's filing of extension of time is extended through August 12, 2009.

Dated: July ___, 2009

_____
Honorable Alan Jaroslovsky
Judge of the United States Bankruptcy Court

[PROPOSED] ORDER