B6C (Official Form 6C) (12/07)

IN RE Palumbo, Michael & Palumbo, Rhonda Jean                           Case No. 09-12148
                                   Debtor(s)                                              (If known)

Amended        SCHEDULE C - PROPERTY CLAIMED AS EXEMPT                          **FILED**

Debtor elects the exemptions to which debtor is entitled under          ☐ Check if debtor claims a homestead exemption that exceeds SEP.75. 2 2009
(Check one box)

☐ 11 U.S.C. § 522(b)(2)                                                            U.S. BANKRUPTCY COURT
☑ 11 U.S.C. § 522(b)(3)                                                               SANTA ROSA, CA

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| residence/home 2211 Center Rd Novato ca 94947 | CCP 704.730(b) | 136,000.00 | 710,000 |
| personal property | CCP 704.020.(a) | 7,500. | |
| toyota van | CCP 704.010(a) | 500. | |
| tools | CCP 704.060 | 5000. | |
| deed of trust/wages | CCP 704.070 | 45,000 | 60,000 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only