JaVonne M. Phillips, Esq., SBN 187474
Gregory J. Babcock, Esq., SBN 260437
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA  92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
Litton Loan Servicing, LP as servicing agent for HSBC Bank USA, National Association, as Trustee, under the Pooling and Servicing Agreement dated August 1, 2006, ACE Securities Corp. Home Equity Loan Trust, Series 2006-FM1, Asset Backed Pass-Through Certificates, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>Michael Palumbo,<br><br>Rhonda Jean Palumbo,<br><br><br>Debtors.<br> | ) Case No. 09-12148 J<br>)<br>) Chapter  7<br>)<br>)<br>)<br>) **MOTION FOR RELIEF FROM**<br>) **AUTOMATIC STAY**<br>)<br>) Date:   09/29/09<br>) Time:   09:00 AM<br>) Place:  99 South E Street<br>)           Santa Rosa, CA<br>)<br>)<br>) |

Litton Loan Servicing, LP as servicing agent for HSBC Bank USA, National Association, as Trustee, under the Pooling and Servicing Agreement dated August 1, 2006, ACE Securities Corp. Home Equity Loan Trust, Series 2006-FM1, Asset Backed Pass-Through Certificates, its assignees and/or successors in interest ("Secured Creditor" or "Movant" herein), moves this Court for an Order Terminating the Automatic Stay of 11 U.S.C. § 362 as to moving party (and the Trustee under the Deed of Trust securing moving party's claim) so that moving party and its

Trustee may commence and continue all acts necessary to foreclose under the Deed of Trust secured by the Debtors' property, commonly known as 2211 Center Road, Novato, CA 94947, ("Property" herein).

The current market value of the Debtors subject Property is $469,000.00, based upon a current Brokers Price Opinion, dated 06/29/2009. **See Exhibit "2"**.

In the present case, the Debtors have no equity in the Property, as evidenced by the approximate market value compared to the total liens against the Property, principally that of Secured Creditor herein and the other liens as noted in this Motion.

| | | |
|---|---|---|
| Value | $ | 469,000.00 |
| Total Liens to Secured Creditor | $ | 515,753.59 |
| Equity | $ | (46,753.59) |

Based on the foregoing, Secured Creditor alleges that there is no equity in the subject Property, the subject Property is not necessary for an effective reorganization, and Secured Creditor is not adequately protected. Secured Creditor is not receiving regular monthly payments, and is unfairly delayed from proceeding with the foreclosure of the subject Property. Accordingly, relief from the automatic stay should be granted to Secured Creditor pursuant to 11 U.S.C. § 362(d)(1) and (2).

WHEREFORE, Secured Creditor prays for judgment as follows:

1. For an Order granting relief from the automatic stay, permitting Secured Creditor to proceed with the foreclosure under Secured Creditor's Deed of Trust, and to sell the subject Property at a trustee's sale under the terms of the Deed of Trust to proceed with any and all post foreclosure sale remedies, including the unlawful detainer action or any other action necessary to obtain possession of the Property.

2. For an Order that the ten day stay described by Bankruptcy Rule 4001(a)(3) be waived.

3. For an Order modifying the automatic stay to protect Secured Creditor's interest, as the Court deems proper.

4. For attorneys' fees and costs incurred herein.

5. For such other relief as the Court deems proper.

Dated: September 4, 2009          McCarthy & Holthus, LLP

By:  /s/ Gregory J. Babcock
    Gregory J. Babcock, Esq.
    Attorneys for Secured Creditor