JaVonne M. Phillips, Esq. SBN 187474
Gregory J. Babcock, Esq. SBN 260437
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
Litton Loan Servicing, LP as servicing agent for HSBC Bank USA, National Association, as Trustee, under the Pooling and Servicing Agreement dated August 1, 2006, ACE Securities Corp. Home Equity Loan Trust, Series 2006-FM1, Asset Backed Pass-Through Certificates, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re: | ) Case No. 09-12148 J |
| | ) |
| Michael Palumbo, | ) Chapter 7 |
| | ) |
| Rhonda Jean Palumbo, | ) |
| | ) |
| | ) **DECLARATION IN SUPPORT OF** |
| | ) **MOTION FOR RELIEF FROM** |
| | ) **AUTOMATIC STAY** |
| Debtors. | ) |
| | ) |
| | ) Date: 09/29/09 |
| | ) Time: 09:00 AM |
| | ) Place: 99 South E Street |
| | )         Santa Rosa, CA |

I, Nancy Rexford, declare and state as follows:

1. As to the following facts, I know them to be true of my own personal knowledge, and if called upon to testify in this action, I could and would testify competently thereto.

2. I am employed by Litton Loan Servicing, LP, Servicing Agent on behalf of Movant, ("Secured Creditor" herein), and am familiar with the subject Deed of Trust and loan in favor of Secured Creditor herein, and the subject Bankruptcy case.

3. I am familiar with the manner and procedure by which the records of Litton Loan Servicing, LP are obtained, prepared, and maintained. Those records are obtained, prepared, and maintained by employees or agents at Litton Loan Servicing, LP in the performance of their regular business duties at or near the time, act, conditions, or events recorded thereon. The records are made either by persons with knowledge of the matters they record or from information obtained by persons with such knowledge. I have knowledge and/or access to the business records.

4. The subject real property securing the Deed of Trust loan is commonly known as 2211 Center Road, Novato, CA 94947 and legally described as set forth in the attached Deed of Trust.

5. This Secured Creditor holds the original Promissory Note dated 02/23/2006 in the principal amount of $441,000.00 which is secured by the Deed of Trust of the same date. **See Exhibit "1"**.

6. The Debtor filed this subject bankruptcy petition on 07/13/09.

7. Pursuant to the terms of the Note and/or Deed of Trust, a payment received is applied to the account and credited to the next due payment. For example, a payment received in December will be applied to the November payment if no payment had been received in November.

///
///
///
///

8. With respect to Secured Creditor's Deed of Trust as of July 16, 2009, the following is now due:

| | | | | | |
|---|---|---|---|---|---|
| Unpaid Principal Balance: | | | | $ | 470,521.24 |
| **DELINQUENCIES** | | | | | |
| Monthly Payments: (12/01/08) | 1 | at | $3,524.77 | $ | 3,524.77 |
| Monthly Payments: (01/01/09 through 07/01/09) | 7 | at | $3,819.82 | $ | 26,738.74 |
| Late Charges: | | | | $ | 1,691.92 |
| NSF Charges: | 1 | at | $25.00 | $ | 25.00 |
| CA Balance: | | | | $ | 1,712.56 |
| Escrow: | | | | $ | 10,839.36 |
| Bankruptcy Attorney Fee: | | | | $ | 550.00 |
| Bankruptcy Filing Fee: | | | | $ | 150.00 |
| **Total Delinquencies:** | | | | $ | **45,232.35** |

9. The next scheduled monthly payment is due August 1, 2009 and continuing each month thereafter. Late charges are due on the 16th day of each month if payment is not received by the 15th of the month when due.

10. A contractual accounting is attached, and Declarant attests to the statement's accuracy. **See Exhibit "3"**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed 8/19/09, at Houston (City), Texas (State).

*Nancy Refford*

**Bankruptcy Specialist**