**State of California**
County of MARIN        } ss.

On FEB. 23, 2006   before me, EVELYN H. LI, NOTARY PUBLIC
                                                        personally appeared

MICHAEL PALUMBO
RHONDA J. PALUMBO

, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.



_Evelyn H. Li_ _____ (Seal)

EVELYN H. LI
Comm. # 1394227
NOTARY PUBLIC - CALIFORNIA
Marin County
My Comm. Expires Feb. 13, 2007

VMP-6A(CA) (0207)                    Page 15 of 15                    Initials: MP    Form 3005 1/01

Order No.: 2847430c
Reference No.: PALUMBO
Escrow Officer:
Escrow Number: 2202870

## DESCRIPTION

All that certain land situated in the State of California, County of **MARIN**, City of **NOVATO**, described as follows:

**BEGINNING AT A POINT IN THE CENTERLINE OF CENTER ROAD, DISTANT NORTH 75° 45' WEST 202.46 FEET FROM THE INTERSECTION OF THE CENTERLINE OF EUCALYPTUS AVENUE AND CENTER ROAD, AS SAID AVENUE AND ROAD ARE SHOWN UPON THAT CERTAIN MAP ENTITLED, "AMENDED MAP NO. 1 OF SUBDIVISION E OF THE NOVATO RANCH", FILED FOR RECORD JULY 6, 1910 IN VOLUME 3 OF MAPS AT PAGE 54, MARIN COUNTY RECORDS; RUNNING THENCE ALONG THE CENTERLINE OF CENTER ROAD, NORTH 75° 45' WEST 95.46 FEET; THENCE LEAVING SAID CENTERLINE, SOUTH 14° 15 WEST 155.00 FEET, SOUTH 75° 45' EAST 95.46 FEET AND NORTH 14° 15' EAST 155.00 FEET TO THE POINT OF BEGINNING.**

**BEING A PORTION OF LOT 111, MAP ABOVE REFERRED TO.**

APN No: **132-201-34**

Case: 09-12148    Doc# 28-3    Filed: 09/04/09    Entered: 09/04/09 19:07:30    Page 2 of 12

| Project ID: | NonRecov-6-26-09-J | Name: | ASSET VALUATION AND MARKETING | Address: | 2211 Center Rd |
|---|---|---|---|---|---|
| Loan ID: | LIT6617000189852 | Address: | 805 North Crest Drive | City, State, Zip: | Novato, CA, 94947 |
| Date Ordered: | 06/26/2009 | City, State, Zip: | Grand Junction, CO, 81506 | County: | - |
| Compl. Date: | 06/29/2009 | Phone: | (970) 245-7350 | Owner's Name: | Michael Palumbo |
| Insp. Type: | Exterior | Fax: | (970) 254-9362 | | |

**Subject Property Info:**

| Property Type | Vacant? | Condition | Location | FMR | |
|---|---|---|---|---|---|
| SF | N | Good | Suburban | 2100.0 | |

| Currently Listed? | Listed In Last 12Mths? | Previous DOM | Previous LP | Current LP | Listing Company | Sale Date | Sale Price |
|---|---|---|---|---|---|---|---|
| N | N | - | - | - | - | - | - |

| Source | Sq. Ft | #Units | Style | #Beds | #Baths | Bsmt? / In GLA? | Bsmt (%fin) | Garage / Carport | Lot Size | Yr Blt / Age |
|---|---|---|---|---|---|---|---|---|---|---|
| MLS | 1227.0 | 1 | Ranch | 3 | 1.5 | N / N | 0.0 | 2 / - | 11875.0 S | 1947 |

**Comparable Sales:**

| # | Address | Sq. Ft | #Units | Style | #Beds | #Baths | Bsmt? / In GLA? | Bsmt (%fin) | Garage / Carport | Lot Size | Yr Blt / Age |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6 Sylvia Cir | 1397.0 | 1 | Ranch | 3 | 2.0 | N / N | 0.0 | 2 / - | 7500.0 S | 1960 |
| 2 | 135 San Carlos Way | 1219.0 | 1 | Ranch | 3 | 2.0 | N / N | 0.0 | 2 / - | 7500.0 S | 1963 |
| 3 | 77 Western Drive | 1148.0 | 1 | Other | 3 | 2.0 | N / N | 0.0 | 2 / - | 8059.0 S | 1955 |

| # | Prox To Subject | Owner | Finance Type | Condition | Broker Insp? | Sale Date | DOM | Original LP | LP at Sale | Sale Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.23 Miles | OWNER | Conventional | Good | N | 03/27/2009 | 24.0 | 459,000 | 459,000 | 463,000 |
| 2 | 0.45 Miles | OWNER | Conventional | Good | N | 06/24/2009 | 28.0 | 525,000 | 525,000 | 535,000 |
| 3 | 0.35 Miles | OWNER | Conventional | Good | N | 04/29/2009 | 24.0 | 549,000 | 549,000 | 535,270 |

| # | Most Comparable to Subject? | Comments (Adjustments made in value and any incentives offered) |
|---|---|---|
| 1 | Y | Equivalent to subject. Partially remodeled. Slightly better location |
| 2 | N | Superior to subject, updated kitchen and baths, dual pane windows, very nice landscaping |
| 3 | N | Superior to subject, many upgrades, quieter, less busy street. |

**Comparable Listings:**

| # | Address | Sq. Ft | #Units | Style | #Beds | #Baths | Bsmt? / In GLA? | Bsmt (%fin) | Garage / Carport | Lot Size | Yr Blt / Age |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 81 Grande Vista | 1247.0 | 1 | Ranch | 3 | 2.0 | N / N | 0.0 | 2 / - | 7623.0 S | 1956 |
| 2 | 35 Laurie Drive | 1911.0 | 1 | Ranch | 4 | 2.5 | N / N | 0.0 | 1 / - | 9888.0 S | 1963 |
| 3 | 5 Fleetwood Ct | 1428.0 | 1 | Ranch | 3 | 2.0 | N / N | 0.0 | 2 / - | 7144.0 S | 1962 |

| # | Prox To Subject | Owner | Finance Type | Condition | Broker Insp? | List Date | DOM | Original LP | Current LP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.38 Miles | OWNER | Conventional | Good | N | - | 23.0 | 469,000 | 469,000 |
| 2 | 0.34 Miles | OWNER | Conventional | Good | N | - | 46.0 | 499,000 | 499,000 |
| 3 | 0.48 Miles | OWNER | Conventional | Good | N | - | 23.0 | 519,000 | 519,000 |

| # | Most Comparable to Subject? | Comments (Adjustments made in value and any incentives offered) |
|---|---|---|
| 1 | Y | Equivalent to subject. Updated kitchen. |
| 2 | N | Short sale, superior, extra bedroom and half bath. |
| 3 | N | Short sale, superior, more square feet, quieter location, pool. |

**Property Value:**

| AS IS Value | Repaired Value | AS IS LP | Repaired LP | Est. Lot Value Low | Est. Lot Value High | Est. Repair Costs |
|---|---|---|---|---|---|---|
| 469,000 | 469,000 | 489,000 | 489,000 | 125,000 | 175,000 | - |

| Broker Name: | Peter Harris | Company Name: | Bradley Real Estate |
|---|---|---|---|
| Address: | 1701 Novato Blvd | Address2: (opt) | - |
| City: | Novato | Phone Number: | 415-209-1042 |
| State: | CA | Fax Number: | 4152091050 |
| Zip: | 94947 | Distance from office to subject property: | 1.4 Miles |

**Comments:**

House was purchased by current owners more than 20 years ago, so it is unknown what, if any, upgrades have been done. The house looked to be in good shape from the street, but there were two distressed cars in the driveway. Center Road is a busy main street. All comps are within the Pleasant Valley School area, a highly desirable yet somewhat affordable area of Novato.

Q: Comment on the current Market Conditions

A: It is somewhat surprising that only two of the comps were short sales, no REOs. The market is bouyed by the lack of foreclosures in this area in the last two months and values haev stabalized and ticked up slightly . There is not much inventory for sale. Note the days on market for ths listings and sold comps is only a few weeks.

Q: Subject's conformity to its immediate Market Area

A: This section of Center Road is mostly made up of very similar houses built at the same time. Subject conforms.

EXHIBIT 2

A: Appreciating

Q: Range of Values in Subject's immediate Market Area (check all that apply)

A: Medium

Q: Current Inventory

A: Shortage

Q: % of REO Sales/Total Sales

A: 31.4

Q: % of Short Sales/Total Sales

A: 21.8

Q: Typical Marketing Time

A: 30 days for non-short sales. House was purchased by current owners more than 20 years ago, so it is unknown what, if any, upgrades have been done. The house looked to be in good shape from the street, but there were two distressed cars in the driveway. Center Road is a busy main street. All comps are within the Pleasant Valley School area, a highly desirable yet somewhat affordable area of Novato.

Q: Comment on the current Market Conditions

A: It is somewhat surprising that only two of the comps were short sales, no REOs. The market is bouyed by the lack of foreclosures in this area in the last two months and values haev stabalized and ticked up slightly . There is not much inventory for sale. Note the days on market for ths listings and sold comps is only a few weeks.

Q: Subject's conformity to its immediate Market Area

A: This section of Center Road is mostly made up of very similar houses built at the same time. Subject conforms.

Q: Current Market Value Trends

A: Appreciating

Q: Range of Values in Subject's immediate Market Area (check all that apply)

A: Medium

Q: Current Inventory

A: Shortage

Q: % of REO Sales/Total Sales

A: 31.4

Q: % of Short Sales/Total Sales

A: 21.8

Q: Typical Marketing Time

A: 30 days for non-short sales







Case: 09-12148    Doc# 28-3    Filed: 09/04/09    Entered: 09/04/09 19:07:30    Page 7 of 12





Case: 09-12148    Doc# 28-3    Filed: 09/04/09    Entered: 09/04/09 19:07:30    Page 9 of 12





Case: 09-12148    Doc# 28-3    Filed: 09/04/09    Entered: 09/04/09 19:07:30    Page 11 of 12

Case No.:   09-12148 J

Hearing   Date:  09/29/09
          Time:  9:00 a.m.
          Place: 99 South E Street
                 Santa Rosa, CA

| Date Due | Amount Due | Date Received | Amount Received | Check No. | Late Charge | Payment Applied |
|---|---|---|---|---|---|---|
| 12/01/2008 | 3,524.77 | | 0.00 | | | |
| 01/01/2009 | 3,819.82 | | 0.00 | | | |
| 02/01/2009 | 3,819.82 | | 0.00 | | | |
| 03/01/2009 | 3,819.82 | | 0.00 | | | |
| 04/01/2009 | 3,819.82 | | 0.00 | | | |
| 05/01/2009 | 3,819.82 | | 0.00 | | | |
| 06/01/2009 | 3,819.82 | | 0.00 | | | |
| 07/01/2009 | 3,819.82 | | 0.00 | | | |

# EXHIBIT 3