# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

### In re: Michael Palumbo and Rhonda Jean Palumbo

Bankruptcy No.:        09-12148 J
Hearing Date:          09/29/09
Time:                  09:00 AM

## RELIEF FROM STAY COVER SHEET

Instructions:  Complete caption and <u>Section A for all motions</u>.  Complete Section B for mobile homes, motor vehicles, and personal property.  <u>Complete Section C for real Property</u>.  Utilize Section D as necessary.  If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

**A**    Date Petition Filed:    07/13/09        Chapter: 7
     Prior hearings on this obligation:  None
     Last Date to File § 523/§ 727 Complaints:  10/19/2009

**B**    Description of personal property collateral:

| | | | |
|---|---|---|---|
| Secured Creditor | _____ | or Lessor | _____ |
| Fair Market Value: | $_____ | Source of value: | $_____ |
| Contract Balance: | $_____ | Pre Petition Default | $_____ |
| Monthly Payment: | $_____ | No. of Months | |
| Insurance Advance | $_____ | Post Petition Default | $_____ |
| | | No of Months | $_____ |

**C**    Description of real property collateral:
     Single family residence at:    2211 Center Road, Novato, CA 94947
     Fair Market Value:    $ 469,000.00
     Source of Value: Debtors' Schedule(s)    ____    Appraisal or BPO dated    06/29/2009
     Moving Party's Position:    First Trust Deed

| | | | |
|---|---|---|---|
| Balance: | $470,521.24 | Pre Petition Default | $45,232.35 |
| As of  [date] | 07/16/09 | No. of Months | 8 |
| Mo. payment: | $3,819.82 | Post Petition Default | |
| Notice of Default | 03/23/2009 | No. of Months | |
| Notice of Trustee Sale | 06/26/2009 | Advances Sr. Liens | $0.00 |

Specify name and status of other liens and encumbrances, if known

| Position | Amount | Mo. Payment Defaults |
|---|---|---|
| First Trust Deed | $470,521.24 | $45,232.35 |
| | | |
| TOTALS | $470,521.24 | $45,232.35 |

September 4, 2009                              McCarthy & Holthus, LLP

                                              By:   /s/ Gregory J. Babcock
                                                   Gregory J. Babcock, Esq.
                                                    Attorney for Secured Creditor