JaVonne M. Phillips, Esq., SBN 187474
Gregory J. Babcock, Esq., SBN 260437
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
Litton Loan Servicing, LP as servicing agent for HSBC Bank USA, National Association, as Trustee, under the Pooling and Servicing Agreement dated August 1, 2006, ACE Securities Corp. Home Equity Loan Trust, Series 2006-FM1, Asset Backed Pass-Through Certificates, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>Michael Palumbo,<br><br>Rhonda Jean Palumbo,<br><br>      Debtors. | ) Case No. 09-12148 J<br>)<br>) Chapter 7<br>)<br>)<br>)<br>)<br>) **CERTIFICATE OF SERVICE OF ORDER**<br>) **ON MOTION FOR RELIEF FROM**<br>) **AUTOMATIC STAY**<br>)<br>) Date: 09/29/09<br>) Time: 09:00 AM<br>) Place: 99 South E Street<br>)        Santa Rosa, CA<br>)<br>) Judge: Alan Jaroslovsky<br>) |

**CERTIFICATE OF SERVICE**

On 10/9/2009, I served the foregoing documents described as **ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**, on the following individuals by

depositing true copies thereof in the United States first class mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

TRUSTEE
Timothy W. Hoffman
P.O. Box 1761
Sebastopol, CA 95473

DEBTORS
Michael Palumbo
Rhonda Jean Palumbo
2211 Center Road
Novato, CA 94947

SPECIAL NOTICE
Capital Recovery III LLC
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ David Fry
David Fry