

**Entered on Docket**
**October 14, 2009**
**GLORIA L. FRANKLIN, CLERK**
**U.S BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Signed: October 14, 2009**

**ALAN JAROSLOVSKY**
**U.S. Bankruptcy Judge**

JaVonne M. Phillips, Esq., SBN 187474
Gregory J. Babcock, Esq., SBN 260437
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor, Litton Loan Servicing, LP as servicing agent for HSBC Bank USA, National Association, as Trustee, under the Pooling and Servicing Agreement dated August 1, 2006, ACE Securities Corp. Home Equity Loan Trust, Series 2006-FM1, Asset Backed Pass-Through Certificates, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re: | ) Case No. 09-12148 J |
| | ) |
| Michael Palumbo, | ) Chapter 7 |
| | ) |
| Rhonda Jean Palumbo, | ) |
| | ) |
| Debtors. | ) **ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | ) |
| | ) Date: 09/29/09 |
| | ) Time: 09:00 AM |
| | ) Place: 99 South E Street, Santa Rosa, CA |
| | ) |
| | ) Judge: Alan Jaroslovsky |
| | ) |
| | ) |

The motion of Secured Creditor, Litton Loan Servicing, LP as servicing agent for HSBC Bank USA, National Association, as Trustee, under the Pooling and Servicing Agreement dated August 1, 2006, ACE Securities Corp. Home Equity Loan Trust, Series 2006-FM1, Asset Backed Pass-Through Certificates, its assignees and/or successors, for relief from the automatic

stay came on regularly for hearing by the Court on the date, time and place set forth above, before the Honorable Alan Jaroslovsky. Movant, Litton Loan Servicing, LP as servicing agent for HSBC Bank USA, National Association, as Trustee, under the Pooling and Servicing Agreement dated August 1, 2006, ACE Securities Corp. Home Equity Loan Trust, Series 2006-FM1, Asset Backed Pass-Through Certificates, its assignees and/or successors appeared by and through its Attorney of Record, McCarthy & Holthus, LLP by Gregory J. Babcock, Esq. All other appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that effective 10/19/09, the automatic stay provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of Movant, Litton Loan Servicing, LP as servicing agent for HSBC Bank USA, National Association, as Trustee, under the Pooling and Servicing Agreement dated August 1, 2006, ACE Securities Corp. Home Equity Loan Trust, Series 2006-FM1, Asset Backed Pass-Through Certificates, its assignees and/or successors, in the real property commonly known as 2211 Center Road, Novato, CA 94947.

IT IS FURTHER ORDERED that Movant may complete its foreclosure of said real property and proceed with post-foreclosure remedies, including any unlawful detainer action, in accordance with applicable law.

**** END OF ORDER ****